# UNITED STATES DISTRICT COURT
for the

District of

Division

Timothy Jones

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Federal Bureau of Investigation

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 4:25cv3033
*(to be filled in by the Clerk's Office)*

Requesting a Jury Trail

**RECEIVED**
FEB 2 0 2025
CLERK
U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 FEB 20  PM 12: 40

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Timothy Jones
Street Address: 2121 N. 27th St.
City and County: Lincoln, NE. Lancaster
State and Zip Code: NE.
Telephone Number: 312-970-6991. please call mail can be late
E-mail Address: tj676887m(a)gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: F.B.I. Agents
- Job or Title (if known): government employee
- Street Address: 100 Centennial Mall N #363
- City and County: Lincoln, NE, 68508
- State and Zip Code: 402-
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Timothy Jones, is a citizen of the State of *(name)* Lincoln, NE.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation
The defendant, *(name)* Federal Bureau of Investigation, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff seeking in The Amount of 150.million
_____ -TIM

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

emotion stress, Deprive of college classes, course class. Education Stealing from Apartment mines, expose my private parts washroom in public place, in USA - overseas cyber Bulling, sobatage vehicals several other Incendents up on Dsscussig. Health failure

B. What date and approximate time did the events giving rise to your claim(s) occur?

2005 and still current to This Day.

se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Retation from F.B.I. 2005 to Current

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

N/A

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

to stop Retatvay from F.B.I. And to Award Plaintiff for loss Farce Losses, of Appartment Housing Deprivery, emotions Disstress, Hassesment of Basic Income Deprive,

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/20/2025

Signature of Plaintiff: Timothy Jones
Printed Name of Plaintiff: Timothy Jones

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Drawing copy

Item stolen from me/Invention

Amzon
Arm Brace
CERBONNY
BLACK

Leg Brace - CVS
Skineez medical Grade
Compression Leg Sleeve, Black
1-888-607-4287
1-800-746-7287-shop

Dog Bowel - HounDsy, LLC -2024
Luke Wilson, Co-Founder
PAVAN BAPU, CEO

Wheel Chair BAG
VIVE Health.com
1-800-487-3808

Tussie Holder wall mount
San Jamar classic Element paper towel - wall-mounted commercial

COVIIDIEN-NELLCOR MAX A
Cord wrap Around Arm Then Later to be release to prevent Blood Clould or vein Injury.

Graco TrioGrow Snug Lock
BABY CAR SEAT - walmart

RECEIVED
FEB 2 0 2025
CLERK
U.S. DISTRICT COURT

The F.B.I has been harass me since 2005 when they had the local police from Lincoln NE to Chicago Ill, to falsely arrest me where I was acquitted. And the F.B.I continue to harass me on a daily basic. My complaint seek to hold the F.B.I accountable for their failure to implement basic security protection which exacerbated the extent of the cyber attacks which has been cause and oversee by them. Also expose my bank account funds, medical record billing, drivers lic #, credit card funds, which I was affected by this cyber attack. F.B.I fail to stop this activity or shutting down the many spree of operation and exacerbating. The breach of this has cause wide spread of disruption to me and my family. Attorney General office was told and F.B.I them self, from recieve this notice. The F.B.I has increase there harassment to GPS and sabotage my vehicals, steal items and invention created by me out my appartments. F.B.I has also cause me financial and operation burden place on me, health care providers, doctor visits, offices visit, and personal invention, course classes, and standard living store prices. I have unfairly been force to absorb financial pain by forcing major cash flow issue as rasing prices for me not to afford at that time In some cases delayed me services, or depriving me of provide notice, which depriving me of a fighting chance to prepared for possible scam or fraud. Im filing this law suite to hold the F.B.I accountable, Racial profiling, corruption, un authorized

RECEIVED
FEB 20 2025
CLERK
U.S. DISTRICT COURT

Surveillance for 27 yrs, from us steal personal property, for perso[nal]

promotes prohibited - protential loss of emp. or professional certification

improper Interogation techniques

Abuse of power for 27yrs.

Conflict of Interest

Manipulating Investigation for political purpose

un[...] leaks of sensitive Information

Breaking Department protocols

F.B.I - using people and paying people in The $ Community - to make inappropriate and Highly offensive jokes that continue to trivialize which has increase the evil in inhumanity, Denigrate the suffering of both victims and survivers and Insult of the Dead family and friends memory of mines